1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 KAWEAH DELTA HEALTH                CASE NO. CV F 00-5113 LJO JFM
    CARE DISTRICT,

12                            **_____ORDER TO CLOSE ACTION**

                    Plaintiff,

13

14       vs.

15 CLAIMS BENEFIT ADMINISTRATORS,
    INC., et al.,

16                   Defendants.

17    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/

18        This Court DIRECTS the clerk to administratively close this action.

19         IT IS SO ORDERED.

20 **Dated:   March 14, 2007**           **/s/ Lawrence J. O'Neill**
    66h44d                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1